IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:97-cr-00051-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| GERRARD WAYNE MONROE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

The attached funds, in the amount of $1,650.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX as payment toward defendant's restitution.

IT IS SO ORDERED.


DATED: December 20, 2007                    /s/ James K. Singleton, Jr.
                                            U.S. DISTRICT COURT JUDGE